UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO 2924
PRODUCTS LIABILITY                 20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

THIS DOCUMENT RELATES TO:          JURY TRIAL DEMANDED

RUBY MCGILVRA, INDIVIDUALLY
AND AS THE EXECUTRIX OF
THE ESTATE OF JOHN EARL
MCGILVRA, DECEASED,

Plaintiff.

## SHORT-FORM COMPLAINT

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation,* MDL No. 2924 (S.D. Fla). Plaintiff(s) file(s) this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

               **I.**        **PARTIES, JURISDICTION, AND VENUE**

**A. PLAINTIFF(S)**

1. Plaintiff Ruby McGilvra ("Plaintiff") brings this action:

         ☒     On behalf of herself; and,

    ☒   In representative capacity as the Executrix, on behalf of the injured party, John Earl McGilvra.

2. Decedent died on November 20, 2017. At the time of Decedent's death, Decedent was a resident and citizen of Eustace, Texas.

3. Ruby McGilvra ("Consortium Plaintiff") alleges damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of Eustace, Texas.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in Eustace, Texas.

**B. DEFENDANT(S)**

6. Plaintiff(s) name(s) the following Defendants from the Master Personal Injury Complaint in this action:

   **a. Brand Manufacturers:**

Boehringer Ingelheim Pharmaceuticals, Inc.,
Sanofi-Aventis U.S., LLC, and,
Sanofi US Services Inc.

   **b. Generic Manufacturers:**

   **c. Distributors:**
Chattem, Inc.,

   **d. Retailers:**
Walmart Inc.

   **e. Repackagers:**

   **f. Others Not Named in the MPIC:**

**C. JURISDICTION AND VENUE**

7. The Federal District Court in which Plaintiff would have filed this action in the absence of Pretrial Order No. 11: United States District Court for the Eastern District of Texas.

8. Jurisdiction is proper upon diversity of citizenship.

## II.   PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

   ☐ By prescription

   ☒ Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately January 2008 to September 2017.

## III.   PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, [*he/she*] was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☒ | BLADDER CANCER | January 11, 2017 |
| ☐ | BRAIN CANCER | |
| ☐ | BREAST CANCER | |
| ☐ | COLORECTAL CANCER | |
| ☐ | ESOPHAGEAL/THROAT/NASAL CANCER | |
| ☐ | INTESTINAL CANCER | |
| ☐ | KIDNEY CANCER | |
| ☐ | LIVER CANCER | |
| ☐ | LUNG CANCER | |
| ☐ | OVARIAN CANCER | |
| ☐ | PANCREATIC CANCER | |
| ☐ | PROSTATE CANCER | |
| ☐ | STOMACH CANCER | |
| ☐ | TESTICULAR CANCER | |
| ☐ | THYROID CANCER | |
| ☐ | UTERINE CANCER | |
| ☐ | OTHER CANCER: _____ | |
| ☒ | DEATH (CAUSED BY CANCER) | November 20, 2017 |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## IV.   CAUSES OF ACTION ASSERTED

13.   The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| ☒ | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| ☒ | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| ☐ | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| ☐ | IV | NEGLIGENCE – FAILURE TO WARN |
| ☐ | V | NEGLIGENT PRODUCT DESIGN |
| ☐ | VI | NEGLIGENT MANUFACTURING |
| ☒ | VII | GENERAL NEGLIGENCE |
| ☐ | VIII | NEGLIGENT MISREPRESENTATION |
| ☒ | IX | BREACH OF EXPRESS WARRANTIES |
| ☒ | X | BREACH OF IMPLIED WARRANTIES |
| ☐ | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below: _____ |
| ☐ | XII | UNJUST ENRICHMENT |
| ☒ | XIII | LOSS OF CONSORTIUM |
| ☒ | XIV | SURVIVAL ACTION |
| ☒ | XV | WRONGFUL DEATH |
| ☐ | XVI | OTHER: |

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
|  |  |  |
| ☐ | XVII | OTHER: |

## V. JURY DEMAND

14. Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

Respectfully submitted,

David Lawler
Steven Oster
**Oster McBride PLLC**
1320 19th Street, NW
Washington, DC 20036
(202) 299-4737
202.747.5862 (facsimile)
dlawler@ostermcbride.com

Jeffrey Ostrow
Daniel Tropin
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
(954) 525-4100
(954) 525-4300 (facsimile)
ostrow@kolawyers.com

*Attorneys for Plaintiff*